```
                    U.S. DISTRICT COURT
                    NORTHERN DISTRICT OF TEXAS
                            FILED
                          AUG 27 2013
                    CLERK, U.S. DISTRICT COURT
                    By_____
                              Deputy
```

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO.: 3:13-CR-310-M (01) |
| | ) | |
| QUINCY LAMAR POOLE | ) | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

QUINCY LAMAR POOLE, by consent, under authority of United States v. Dees, 125 F.3d 261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim.P. 11, and has entered a plea of guilty to Count(s) 1 of the Indictment. After cautioning and examining QUINCY LAMAR POOLE under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary and that the offense(s) charged is supported by an independent basis in fact containing each of the essential elements of such offense. I therefore recommend that the plea of guilty, and the plea agreement, be accepted, and that QUINCY LAMAR POOLE be adjudged guilty and have sentence imposed accordingly.

Date:   August 27, 2013

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).